UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | CRIMINAL NO. SA-14-CR-0338-OG |
| | * | |
| ROLANDO R. GONZALEZ-TREVINO, | * | |
| | * | |
| Defendant | * | |

## AMENDED MOTION FOR RELEASE OF DEFENDANT FROM DETENTION

COMES NOW Rolando R. Gonzalez-Trevino, Defendant in the above styled and numbered cause, and files this Amended Motion for Release of Defendant from Detention pursuant to 18 U.S.C. § 3142(f) for the court to consider the release of Defendant pending sentencing. In support, Defendant shows the following:

I.

Procedural Background: On April 30, 2014, Defendant was indicted by a grand jury in the Western District of Texas on charges of Conspiracy to Commit Wire Fraud (18 U.S.C § 1349, 343), Conspiracy to Transport or Cause to be Transported Stolen Property (18 U.S.C § 371, 2314), and Conspiracy to Commit Money Laundering (18 U.S.C. § 1956 (h), (a)(2)(B)). Defendant was arrested on these charges when he flew from Mexico to Las Vegas, Nevada on October 31, 2014. An initial appearance was held on November 3, 2014 in the United States District Court, District of Nevada, Las Vegas Division. On May 27, 2015 Defendant plead guilty to one count of Conspiracy to Transport Stolen Money.

II.

Under the terms of the Defendant's plea, he has served time within the statutory range of

punishment, and is eligible to receive probation. Accordingly, Defendant moves to be released from Detention pending sentencing.

### III.

Defendant is attaching a proposed order as Exhibit A. The SEALED attached Order and attachments contained terms and conditions acceptable to the parties pending approval by the Court.

WHEREFORE, PREMISES CONSIDERED, the Defendant prays that the attached Order be entered if acceptable to the Court, or in the alternative, that the Court set this matter for a hearing to address any remaining concerns with the Court.

           Respectfully submitted,

           Brandon T. Hudson
           Daniel & Hudson, PLLC
           1815 San Pedro Avenue
           San Antonio, Texas 78212
           (210) 222-2297
           FAX: (210) 222-9101

BY:  /s/ Brandon T. Hudson, Esq.
       BRANDON HUDSON
       Attorney for Defendant
       State Bar No. 50511660

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document was forwarded to the United State's Attorney's Office, 601 N.W. Loop 410, Suite 600, San Antonio, Texas 78216, on this the 18th th day of June, 2015.

/s/ Brandon T. Hudson, Esq.
BRANDON HUDSON

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS<br>SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| Plaintiff | * |
| V. | *   CRIMINAL NO. SA-14-CR-0338-OG |
| ROLANDO R. GONZALEZ-TREVINO, | * |
| Defendant | * |

## ORDER

On this day came on to be heard Defendant's Amended Motion for Release from Detention, and said motion is hereby:

GRANTED

DENIED to which ruling the Defendant timely noted an exception.

SET FOR HEARING ON THE _____ day of _____, 20___, at _____ o'clock ____.

SIGNED AND ENTERED this day _____ of _____, 20_____.

_____
JUDGE PRESIDING