IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JUN 2 4 2015
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| § | CRIMINAL NO: |
| v. § | SA-14-CR-338(1)-OLG |
| § | |
| § | |
| § | |
| § | |
| ROLANDO R. GONZALEZ-TREVINO, § | |

## ORDER GRANTING MOTION FOR RELEASE OF DEFENDANT FROM DETENTION

On this day came on to be considered the Defendant's Amended Motion for Release of Defendant from Detention. The Court having reviewed said motion and attachments thereto, hereby orders that the Defendant's Motion for Release from Detention should be granted.

THEREFORE IT IS THE ORDER of this Court that the motion is hereby GRANTED.

IT IS FURTHER ORDERED that upon satisfaction of all of the terms and conditions of the agreement between the parties, this matter is referred to a United States Magistrate Judge to hold a Bond Release Hearing in accordance with the said agreed terms and conditions and any other conditions that the Magistrate Judge deems appropriate in this matter.

IT IS SO ORDERED this 24 day of June, 2015

ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE