FILED
JUN 2 9 2015
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | CRIMINAL NO. SA-14-CR-0338-OG |
| | * | |
| ROLANDO R. GONZALEZ-TREVINO, | * | |
| | * | |
| Defendant | * | |

## ORDER

On this day came on to be heard Government's Motion to Unseal the Plea Agreement ONLY in this cause. The Court is of the opinion that the Government's Motion should be GRANTED.

Accordingly, the Defendants Plea Agreement, Docket entry 33, is hereby ordered UNSEALED.

SIGNED AND ENTERED this day 29 of June , 2015.

_____
JUDGE PRESIDING